HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ADRIANNA LANTZ-TELLEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00034-MJS |
| Plaintiff, | **STIPULATION TO RESCHEDULE PLEA AND SENTENCING; ORDER** |
| vs. | |
| ADRIANNA LANTZ-TELLEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Catherine Jones, that the Court reschedule Ms. Lantz-Tellez's November 28, 2017 hearing to November 8, 2017.

Ms. Lantz-Tellez is prepared to proceed with a change of plea and sentencing, and she would like her aunt to be present for the sentencing. Ms. Lantz-Tellez's aunt was able to get November 8 off from work. Accordingly, the parties request that the matter be rescheduled for November 8, 2017.

//

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 6, 2017 /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 6, 2017 /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ADRIANNA LANTZ-TELLEZ

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the November 28, 2017 hearing for Adrianna Lantz-Tellez, Case No. 6:17-mj-00034-MJS, is rescheduled to November 8, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 6, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Lantz-Tellez: Stipulation to Reschedule